In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-456 CR


____________________



DAVID BRIDWELL, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 64769






MEMORANDUM OPINION


 On October 4, 2007, we notified the parties that our jurisdiction was not apparent from
the notice of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeal. We
received no response from appellant.

 The notice of appeal seeks to appeal the trial court's order denying appellant's motion
for judgment nunc pro tunc. The trial court's order is not appealable. See Everett v. State,
82 S.W.3d 735, 735 (Tex. App.--Waco 2002, pet. dism'd)(Court of Appeals does not have
jurisdiction over appeal from order denying a request for judgment nunc pro tunc.). We
dismiss the appeal for want of jurisdiction. Accordingly, we hold the order from which
appellant appeals is not appealable. 

 APPEAL DISMISSED FOR LACK OF JURISDICTION.

 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 14, 2007

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.